UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EUGENE TREMBLE III,<br><br>                      Petitioner,<br>    v.<br><br>RON HAYNES,<br><br>                      Respondent. | CASE NO. C19-5661 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING PETITIONER'S HABEAS PETITION AS SUCCESSIVE |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 5. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Petitioner's motion to proceed *in forma pauperis*, Dkt. 4, is **DENIED**

    (3)    Petitioner's federal habeas petition, Dkt. 1, is **DISMISSED without prejudice** as successive;

(4) A certificate of appealability is **DENIED**; and

(5) The Clerk shall enter **JUDGMENT** and close this case.

Dated this 4th day of September, 2019.

                                            */s/ Benjamin H. Settle*
                                      BENJAMIN H. SETTLE
                                      United States District Judge